# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 12-60157

LARRY RUDOLPH,

    Plaintiff - Appellant

v.

HUNTINGTON INGALLS, INCORPORATED,

    Defendant - Appellee

Appeal from the United States District Court for the
Southern District of Mississippi, Biloxi

Before GARZA, SOUTHWICK, and, HAYNES, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that appellee's motion to dismiss appeal is GRANTED.

ISSUED AS MANDATE: AUG 2 3 2012

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By: Sabrina B Short
    Deputy   AUG 2 3 2012
New Orleans, Louisiana

*SOUTHERN DISTRICT OF MISSISSIPPI FILED AUG 3 1 2012 J.T. NOBLIN, CLERK BY ___ DEPUTY*

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

August 23, 2012

Mr. J T Noblin  
Southern District of Mississippi, Gulfport  
United States District Court  
2012 15th Street  
Dan M. Russell Jr. United States Courthouse  
Gulfport, MS 39501

    **USCA No. 12-60157, Larry Rudolph v. Huntington Ingalls, Inc.**  
        USDC No. 1:06-CV-820

Enclosed, for the district court only, is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: _Sabrina B. Short_  
Sabrina B. Short, Deputy Clerk  
504-310-7817

cc: (letter only)  
    Honorable Halil S. Ozerden  
    Mr. Brooks Eason  
    Mrs. Alicia Scherini Hall  
    Mrs. Ceejaye S. Peters  
    Mr. Larry Rudolph



RECEIVED  
AUG 3 1 2012  
CLERK, U.S. DISTRICT COURT  
SOUTHERN DISTRICT OF MISS.